Schenck Price
SCHENCK PRICE SMITH & KING, LLP
*Serving Our Clients and Community For Over 100 Years*

**Mark K. Silver**
*Admitted in NJ, NY & PA*
Direct Line: 973-798-4950
Email: Mks@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932
Telephone: 973-539-1000
Fax: 973-540-7300
www.spsk.com

February 3, 2026

***<u>VIA ECF</u>***

Clerk of the Court
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re: Keith Kaplan v. Teaneck Board of Education, et al.**
**Civil Action No.: 2:25-cv-16764 (EP)(JBC)**

Dear Sir/Madam:

This firm represents Defendants Teaneck Board of Education and Teaneck Public School District ("Defendants") in the above-referenced matter.

Defendants accepted service of Plaintiff Keith Kaplan's Complaint on January 19, 2026. Defendants' Answer and/or Motion to Dismiss is currently due on February 9, 2026. Therefore, pursuant to Local Civ. Rule 6.1, Defendants respectfully request a fourteen (14) day extension of their time to answer and/or otherwise move until **February 23, 2026**.

We thank the Court for its time and consideration of the within request.

Respectfully submitted,

SCHENCK, PRICE, SMITH & KING, LLP

*/s/ Mark K. Silver*

Mark K. Silver

MKS/me

cc: Keith Kaplan, *pro se* Plaintiff (via e-mail and ECF)