# EXHIBIT C

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK
COUNTY OF NEW YORK      SUPREME COURT    FILED ON:3/2/2021     INDEX NO.: 651397/2021

---

KEVIN BEASLEY AND KEVIN BEASLEY STUDIO, LLC

Plaintiff(s)-Petitioner(s)

-vs-

BAYVIEW AUTO WRECKERS, INC., ET. AL.

Defendant(s)-Respondent(s)

---

STATE OF NEW YORK}
COUNTY OF SARATOGA ss.}

I, MARK E. MCCLOSKY           being duly sworn, deposes and says that deponent is over the age of eighteen years, is not a party in this proceeding and resides in New York State.

On MARCH 12, 2021        at 2:00 PM
Deponent served two true copies of **SUMMONS AND COMPLAINT**

bearing index number: 651397/2021       and date of filing: 3/2/2021
upon **BAYVIEW AUTO WRECKERS INC.**
at address: **SECRETARY OF STATE, 99 WASHINGTON AVENUE**
city and state: **ALBANY, NY 12210**

## MANNER OF SERVICE}

*Personal*

☐   By delivering to and leaving with personally}
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

*Suitable Age Person*

☐   By delivering and leaving with personally}
at the premises mentioned above. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

*Authorized Agent*

☒   By delivering and leaving 2 copies with} **NANCY DOUGHERTY, BUSINESS DOCUMENT SPECIALIST**
the agent for service on the person in this proceeding designated under Rule 306 BCL and tendering the required fee. Service having been made to such person at the place, date and time above.

*Affixing to Door, Etc.*

☐   By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

*Mailing*

☐   Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on       . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by___first class mail___certified mail___registered mail___return receipt requested.

Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or the United States as the term is defined in either State or Federal statutes.

DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE       Race/Skin Color: WHITE        Hair Color: BLACK
Approximate Age: 60 years   Approximate Height: 5'4"     Approximate Weight: 120 pounds
Other:

Subscribed and sworn before me on} MARCH 12, 2021

_____
Notary Public, State of New York
Karen E. Rock
Qualified in Schenectady County
Number 01R06065213
Expires: October 9, 2021

affidavit #: 232166
NLS#: 21-2373

Attorney:
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Fl.
New York, NY 10019
646-216-8178

FIRM FILE # 2021000412

_____
MARK E. MCCLOSKY
Deponent