# EXHIBIT E

Help

TODAY'S DATE:  3/17/2021   TIME: 16:20:79
          *RECORD EXPANSION FOR: FANELLI,MICHAEL,J

                                        CLIENT ID#: 452239462

FANELLI,MICHAEL,J                    DOB: 06/28/1958   SEX: M
562 HASBROUCK RD                     HEIGHT: 5-6    EYE COLOR: BROWN
WOODBOURNE     NY 12788              COUNTY: SULL
                                     MI #: F01490 87517 434345-58

NAME ON LICENSE/ID:  FANELLI
                 MICHAEL,JOSEPH



LICENSE CLASS: *D*            STATUS:VALID       EXPIRATION: 06/28/2027



BALANCE:

    MENU      NEXT      ABSTRACT

  ( RECORD CONTINUED ON FOLLOWING PAGE )