# EXHIBIT F

# AFFIDAVIT OF SERVICE

State of New York  County of New York  Supreme Court

Index Number: 651397/2021
Date Filed: 3/2/2021

Plaintiff:
**KEVIN BEASLEY, AND KEVIN BEASLEY STUDIO, LLC,**

vs.

Defendant:
**BAYVIEW AUTO WRECKERS, INC., MICHAEL FANELLI, AND DOES 1-10,**

For:
WENDY LINDSTROM, ESQ.
1350 AVENUE OF THE AMERICAS 2ND FLOOR
NEW YORK, NY 10019

Received by Direct Process Server LLC on the 4th day of March, 2021 at 1:54 pm to be served on **MICHAEL FANELLI, 562 HASBROUCK ROAD, WOODBOURNE, NY 12788**

I, CHARLES DONADIO, being duly sworn, depose and say that on the **19th day of March, 2021** at **9:25 am, I:**

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **SUMMONS AND COMPLAINT,** with **MARK ELLIOT as CO-TENANT** at **562 HASBROUCK ROAD, WOODBOURNE, NY 12788**, the said premises being the respondent's place of **Abode** within the State of New York. Deponent completed service by mailing a true copy of the **SUMMONS AND COMPLAINT,** in a postpaid envelope addressed to: **562 HASBROUCK ROAD, WOODBOURNE, NY 12788** and bearing the words "Personal & Confidential" by First Class Mail on **3/19/2021** and placed in an official depository of the U.S.P.S. in **New York State**

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, they refused to state whether or not the Defendant is married.

**Description** of Person Served: Age: 54, Sex: M, Race/Skin Color: WHITE, Height: 5'9", Weight: 180, Hair: GRAY, Glasses: N

Duly sworn to me on this 24th day of March, 2021

AMANDA BREBAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01BR6401533
Qualified in Westchester County
My Commission Expires December 09, 2023

