

*ORDER*

T: 609-831-2025
WWW.MADISONHOUSELEGAL.COM

*Principal Attorney:*
STEPHANIE JABLONSKY, ESQ.
Admitted in New Jersey and the District of Columbia

*Of Counsel:*
ANTHONY SCIARAFFA, ESQ.
Admitted in Massachusetts

May 8, 2026

***VIA EMAIL TO CHAMBERS***

Hon. James B. Clark III, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> Re:    **Keith Kaplan v. Teaneck Board of Education, et al.**
>        **Civil Action No.: 2:25-cv-16764 (EP)(JBC)**

Dear Judge Clark:

This firm represents Keith Kaplan ("Plaintiff") in the above-referenced matter. With the consent of counsel for Defendants Teaneck Board of Education and Teaneck Public School District, we jointly respectfully request an adjournment of the Rule 16 settlement conference currently scheduled for June 16, 2026 at 11:00 a.m.

The requested adjournment is necessary because the parties have scheduling conflicts. This is the second request to adjourn the settlement conference. The initial request was made by Plaintiff while proceeding *pro se*, with the consent of counsel for the Defendants, to permit newly retained counsel sufficient time to enter an appearance and become familiar with the matter.

In addition, Plaintiff's deadline to file an amended complaint is May 15, 2026, and Plaintiff anticipates adding additional defendants. The parties respectfully submit that adjournment of the settlement conference would facilitate a more productive conference once the pleadings are settled and all parties have appeared.

The parties respectfully propose that the Rule 16 settlement conference be rescheduled to one of the following dates, subject to the Court's availability:  July 14, 15, 16, 21, 22, and 23.

This request will affect the deadlines for submission of the Joint Discovery Plan and confidential settlement position statements, which are currently due on June 10, 2026. The parties respectfully request that the corresponding deadlines for submission of the Joint Discovery Plan and confidential settlement position statements be adjourned accordingly.

We thank the Court for its time and attention to this request.

Respectfully submitted,

s/ Stephanie Jablonsky

Stephanie Jablonsky

Jablonsky Legal LLC d/b/a Madison House Legal Group

cc:     Mark K. Silver, Counsel for Defendants (via email)

*The June 16, 2026 in-person initial/settlement conference is adjourned to July 22, 2026 at 11:00 AM. The parties shall submit a Joint Discovery Plan to the undersigned via email (JBC_orders@njd.uscourts.gov) by no later than July 15, 2026.

SO ORDERED
s/James B. Clark
James B. Clark, U.S.M.J.
Date: 5/11/2026

2