**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(973) 776-7700**

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
**50 WALNUT STREET, ROOM 2060**
**NEWARK, NJ 07102**

May 18, 2026

**LETTER ORDER**

Re:     **Kaplan v. Teaneck Board of Education, et al.**
         **Civil Action No. 25-16764 (EP)**


Dear Counsel,

Plaintiff's Amended Complaint filed in this action on May 15, 2026 [Dkt. No. 19] fails to comply with Local Civil Rule 15.1(b), which requires "a party who files an amended pleading in response to an Order authorizing the filing of that pleading to cure a defect in its pleading [to] file: (1) a copy of the amended pleading, complete with a handwritten or electronic signature; ***and*** (2) a form of the amended pleading that shall indicate in what respect(s) it differs from the pleading that it amends, by bracketing or striking through materials to be deleted and underlining materials to be added." Accordingly, by no later than **May 21, 2026**, Plaintiff shall file a redlined or bracketed version of the Amended Complaint that complies with this Rule. This Order does not impact Defendant's deadline to respond to the amended pleading.


   **IT IS SO ORDERED**.


                                         *s/ James B. Clark, III*
                                         **JAMES B. CLARK, III**
                                         **United States Magistrate Judge**