

T: 609-831-2025
WWW.MADISONHOUSELEGAL.COM

| | |
|---|---|
| *Principal Attorney:*<br>STEPHANIE JABLONSKY, ESQ.<br>Admitted in New Jersey and the District of Columbia | *Of Counsel:*<br>ANTHONY SCIARAFFA, ESQ.<br>Admitted in Massachusetts |

May 18, 2026

***VIA CM/ECF***

Hon. James B. Clark III, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

>        **Re:    Keith Kaplan v. Teaneck Board of Education, et al.**
>               **Civil Action No.: 2:25-cv-16764 (EP)(JBC)**

Dear Judge Clark:

This firm represents Keith Kaplan ("Plaintiff") in the above-referenced matter. Plaintiff respectfully submits this letter in response to the Court's May 18, 2026 Letter Order, directing Plaintiff to file a redlined or bracketed version of the First Amended Complaint in compliance with Local Civil Rule 15.1(b).[1]

The First Amended Complaint was filed pursuant to Federal Rule of Civil Procedure15(a)(1)(B) and the Court's Letter Order dated March 16, 2026. Accordingly, Plaintiff did not initially submit a redlined pleading under Local Civil Rule15.1(b), which governs motions seeking leave to amend.

In the Court's Letter Order dated May 18, 2026, the Court ordered Plaintiff to submit a relined or bracketed version of the First Amended Complaint indicating in what respects the Amended Complaint differs from the Original Complaint. However, Plaintiff's counsel substantially reorganized, reformatted, and rewrote the First Amended Complaint in its entirety because the original Complaint, which was prepared by Plaintiff *pro se,* did not conform to applicable federal pleading and formatting requirements. As a result, a

---

[1] Which requires "a party who files an amended pleading in response to an Order authorizing the filing of that pleading to cure a defect in its pleading [to] file: (1) a copy of the amended pleading, complete with a handwritten or electronic signature; and (2) a form of the amended pleading that shall indicate in what respect(s) it differs from the pleading that it amends, by bracketing or striking through materials to be deleted and underlining materials to be added."

JABLONSKY LEGAL LLC D/B/A MADISON HOUSE LEGAL GROUP
124 WEST WASHINGTON AVENUE, SUITE 4, WASHINGTON, NEW JERSEY 07882

conventional redline comparison may provide limited practical assistance to the Court under the circumstances.

Accordingly, Plaintiff respectfully requests that the Court accept the First Amended Complaint in its current form and without redline markups or bracketing to supersede the original Complaint. Nevertheless, Plaintiff will promptly provide whatever format the Court prefers.

We thank the Court for its time and attention to this request.

Respectfully submitted,

*s/ Stephanie Jablonsky*

Stephanie Jablonsky

Jablonsky Legal LLC d/b/a Madison House Legal Group

cc:    Mark K. Silver, Counsel for Defendants (via email)

2